# United States District Court
## Violation Notice
(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| GU20 | E1353683 | JCGOGO | G8267 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☐ USC ☒ State Code |
|---|---|
| 9/29/2021 0715 | Title 16 GCA 19102 |

Place of Offense: GOLF 2 Gate

Offense Description: Factual Basis for Charge — HAZMAT ☐

Title 16 GCA 19102 No Insurance

### DEFENDANT INFORMATION
Last Name: Camacho
First Name: Carl
M.I.: V.

Street Address: [REDACTED]

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| 0008 2985 | GU | 88 | MAZDA B2200 | | Silver |

**APPEARANCE IS REQUIRED**
A ☐ If Box A is checked, you must appear in court. See instructions.

**APPEARANCE IS OPTIONAL**
B ☒ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ 500 Forfeiture Amount
+ $30 Processing Fee
$ 530 Total Collateral Due

PAY THIS AMOUNT AT www.cvb.uscourts.gov

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: United States District Court / District Court of Guam, 520 West Soledad (4th FLR), Hagatna, GU 96910

X Defendant Signature: [signed]

Original - CVB Copy

*E1353683*

CVB SCAN 10/12/2021 16:39

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on Sept 29, 20 21 while exercising my duties as a law enforcement officer in the AMP District of Guam

This ticket is with ticket # E1353682 which conducting Iec at Gof2. The driver stated that he had no valid insurance for the vehicle he was driving. Vehicle was subsequently turned around.

[illegible handwritten notes] 12576 ng 400...
Box 21251

The foregoing statement is based upon:
☒ my personal observation ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 09/29/2021 [signature]
Date (mm/dd/yyyy) — Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy) — U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial driver's license; CMV = Commercial vehicle involved in incident